USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARVIN SANDERS,

                        Plaintiff,

                - against -

NEW YORK CITY DEPARTMENT OF
CORRECTIONS, et al.,

                       Defendants.

03 Civ. 7668 (RCC) (RLE)

ORDER

**RICHARD CONWAY CASEY, United States District Judge:**

    Marvin Sanders ("Plaintiff") brought this action pro se under 42 U.S.C. § 1983, but failed to serve the defendants with the summons and complaint. By Report and Recommendation dated October 11, 2005 ("Report"), Magistrate Judge Ronald L. Ellis recommended that Plaintiff's action be dismissed without prejudice for failure to comply with Rule 4(m) of the Federal Rules of Civil Procedure. In conformity with United States v. Male Juvenile, 121 F.3d 34, 38 (2d Cir. 1997), Rule 72(b) of the Federal Rules of Civil Procedure, and the Federal Magistrates Act, 28 U.S.C. § 636(b)(1), Judge Ellis explicitly cautioned that any objections to the Report were to be received within 10 days of service of the Report, and that failure to file timely objections to the Report would constitute a waiver of any objections.

    As of the date of this Order, the Court has not received any objections to the Report. A court may adopt those portions of a magistrate judge's report and recommendation that are not the product of clear error and to which the parties do not object. Pizzaro v. Bartlett, 776 F. Supp. 815, 817 (S.D.N.Y. 1991); see also 28 U.S.C. § 636(b)(1). Having carefully reviewed the file in this matter, the Court is satisfied that there is no clear error on the face of the Report. Accordingly, the Court accepts and adopts the Report in its entirety. The Clerk of the Court is directed to close the case and to remove it from the Court's active docket.

So Ordered: New York, New York
                 November 3, 2005

*Richard Conway Casey*
_____
**Richard Conway Casey, U.S.D.J.**